CHARLES B. GRAVES, Respondent, *v.* AUGUSTA C. GRAVES, Individually et al., as Executors, etc., Appellants.

(Argued February 27, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon· an order

made October 10, 1889, directing judgment in favor of plaintiff upon a case agreed upon on submission of controversy without action.

*Frank M. Loomis* and *Adelbert Moot* for appellants.

*Henry W. Sprague* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____